

JAMES E. JOHNSON
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NEW YORK 10007

NWAMAKA EJEBE
*Assistant Corporation Counsel*
Phone: 212-356-3578
nejebe@law.nyc.gov

March 18, 2021

**VIA EMAIL**

Hon. Catherine O'Hagan Wolfe, Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007
newcases@ca2.uscourts.gov

    Re: *Komatsu v. City of New York*
    Docket No. 2021-511

Dear Ms. Wolfe:

    The New York City Law Department respectfully requests that this office and James E. Johnson no longer be identified as counsel for following defendants-appellees on this docket for this appeal: City of New York, NYPD Officer Saquoi Harris, Shield #2350, NYPD Officer Steven Perez, Shield 23485, NYPD Officer Liang Lin, NYPD Officer Robert Holmes, NYPD Officer Rodriguez, NYPD Sergeant Frank Amill, NYPD Captain Joseph Tompkins, NYPD Steve Ortiz, NYPD Jeffrey Peattie, NYPD Matthew Pereira, NYPD Michael Dano, NYPD Andrew Benjamin, NYPD Jane Doe, 1, NYPD John Doe, 1, NYPD John Doe, 2, NYPD John Doe, 3, NYPD John Doe, 4, NYPD John Doe, 5, NYPD John Doe, 6, NYPD John Doe, 7, Bill de Blasio, and James O'Neil. On information and belief, these defendants were never served with process in this action. Accordingly, these defendants did not appear below, and this office did not enter an appearance on their behalf.

    Thank you very much.

                                      Respectfully submitted,

                                      /s/

                                      Nwamaka Ejebe

Assistant Corporation Counsel

cc:   Towaki Komatsu (By Mail)
      802 Fairmount Pl.
      Apt. 4B
      Bronx, NY 10460
      *Plaintiff-Appellant* Pro se