# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Towaki Komatsu,**

          Plaintiff-Appellant,

v.

The City of New York

          Defendants-Appellees.

**CERTIFICATE OF SERVICE***

Docket Number 21-511

I, **Towaki Komatsu** (print name), hereby certify under penalty of perjury that on 3/18/21 (date) I served the attached Form D-P on defendants' attorney for the docket number shown above

(list all documents)

by (select all applicable)**

- X Personal Delivery
- ___ United States Mail
- ___ Federal Express or other Overnight Courier
- ___ Commercial Carrier
- ___ E-Mail (on consent)

on the following parties:

**See attached for details.**

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

3/18/21
Today's Date

Signature

Certificate of Service Form

**How service was effectuated on 3/18/21**:

| # | Parties | Personally Delivered To |
|---|---|---|
| 1<br>2<br>3 | Darcel Clark<br>Neelam Chhikara<br>Alana Brady | This was addressed to Nancy Darragh Killian in an envelope and left with security personnel in the lobby of the building located at:<br><br>Bronx County District Attorney's Office<br>198 E. 161st St.<br>Bronx, NY 10451 |
| 4 | United States Marshals Service | This was addressed to Benjamin H. Torrance in an envelope and left with security personnel in the security screening area of the U.S. Attorney's Office for the Southern District of New York that is located at:<br><br>86 Chambers St.<br>NY, NY 10007 |