# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand and twenty-one,

Towaki Komatsu,

        Plaintiff - Appellant,

v.

City of New York, NYPD Officer Saquoi Harris, Shield #2350, NYPD Officer Steven Perez, Shield 23485, NYPD Officer Liang Lin, NYPD Officer Robert Holmes, NYPD Officer Rodriguez, NYPD Sergeant Frank Amill, NYPD Captain Joseph Tompkins, NYPD Steve Ortiz, NYPD Jeffrey Peattie, NYPD Matthew Pereira, NYPD Michael Dano, NYPD Andrew Benjamin, NYPD Jane Doe, 1, NYPD John Doe, 1, NYPD John Doe, 2, NYPD John Doe, 3, NYPD John Doe, 4, NYPD John Doe, 5, NYPD John Doe, 6, NYPD John Doe, 7, Alexander Opoku-Agyemang, Judith Le, Jonathan Darche, Bill de Blasio, Lawrence Byrne, Jr., James O'Neil, Bronx Criminal Court Judge Jeffrey Zimmerman, Tara Collins, Neelam Chhikara, Darcel D. Clark, Alana Brady, Donovan Richards, United States Marshals Service,

        Defendants - Appellees.

**ORDER**
Docket Number: 21-511

A notice of appeal was filed on February 26, 2021. Appellant's Form D-P was due March 11, 2021. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective May 07, 2021 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court