# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE<br>Komatsu v. The City of New York | DISTRICT<br>United States District Court for the Southern District of New York | DOCKET NUMBER 21-511 |
| | JUDGE<br>Valerie Caproni | APPELLANT |
| | COURT REPORTER | PRO SE APPELLANT<br>Towaki Komatsu |

Check the applicable provision:
- [ ] I am ordering a transcript.
- [✓] I am not ordering a transcript

Reason for not ordering a transcript:
- [ ] Copy is already available
- [X] No transcribed proceedings
- [ ] Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

METHOD OF PAYMENT    [ ] Funds    [ ] CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE<br>*[signature]* | DATE<br>5/10/21 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Towaki Komatsu,**

        Plaintiff-Appellant,

v.

The City of New York

        Defendants-Appellees.

**CERTIFICATE OF SERVICE***

Docket Number  21-511

I, __Towaki Komatsu__ , hereby certify under penalty of perjury that
(print name)

on __5/11/21__   I served the attached **a)** Form D-P and **b)** Notice of Appearance
(date)  and Acknowledgment form on defendants' attorneys for the docket number shown above

(list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     _X_ E-Mail (on consent)

on the following parties:

**See attached for details.**

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__5/11/21__  
Today's Date  

Signature

Certificate of Service Form

**How service was effectuated on 5/11/21**:

| # | Parties | Attorney | E-mailed To |
|---|---|---|---|
| 1 | The City of New York | Corporation Counsel of the City of New York | ServiceECF@law.nyc.gov |
| 2 | Bill de Blasio | | |
| 3 | Bronx Criminal Court Judge Jeffrey Zimmerman | | |
| 5 | Bronx Criminal Court Judge Tara Collins | | |
| 6 | NYPD Sergeant Frank Amill | | |
| 7 | NYPD Andrew Benjamin | | |
| 8 | Lawrence Byrne, Jr. | | |
| 9 | NYPD Michael Dano | | |
| 10 | Jonathan Darche | | |
| 11 | NYPD Officer Saquoi Harris | | |
| 12 | NYPD Officer Robert Holmes | | |
| 13 | Judith Le | | |
| 14 | NYPD Officer Liang Lin | | |
| 15 | NYPD Jane Doe 1 | | |
| 16 | NYPD John Doe 1 | | |
| 17 | NYPD John Doe 2 | | |
| 18 | NYPD John Doe 3 | | |
| 19 | NYPD John Doe 4 | | |
| 20 | NYPD John Doe 5 | | |
| 21 | NYPD John Doe 6 | | |
| 22 | NYPD John Doe 7 | | |
| 23 | James O'Neil | | |
| 24 | Alexander Opoku-Agyemang | | |
| 25 | NYPD Steve Ortiz | | |
| 26 | NYPD Jeffrey Peattie | | |
| 27 | NYPD Matthew Pereira | | |
| 28 | NYPD Officer Steven Perez | | |
| 29 | Donovan Richards | | |
| 30 | NYPD Officer Rodriguez | | |
| 31 | NYPD Captain Joseph Tompkins | | |

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Towaki Komatsu,**

        Plaintiff-Appellant,

v.

The City of New York

        Defendants-Appellees.

**CERTIFICATE OF SERVICE***

Docket Number 21-511

I, **Towaki Komatsu** (print name), hereby certify under penalty of perjury that on 5/10/21 (date) I served the attached **a)** Form D-P and **b)** Notice of Appearance and Acknowledgment form on defendants' attorneys for the docket number shown above

(list all documents)

by (select all applicable)**

_X_ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

**See attached for details.**

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/10/21
Today's Date                  Signature

Certificate of Service Form

**How service was effectuated on 5/10/21**:

| # | Parties | Personally delivered to: |
|---|---|---|
| 1 2 3 | Darcel Clark Neelam Chhikara Alana Brady | This was addressed to Nancy Darragh Killian in an envelope and left with security personnel in the lobby of the building located at: Bronx County District Attorney's Office 198 E. 161st St. Bronx, NY 10451 |
| 4 | United States Marshals Service | This was addressed to Benjamin H. Torrance in an envelope and left with security personnel in the security screening area of the U.S. Attorney's Office for the Southern District of New York that is located at: 86 Chambers St. NY, NY 10007 |