UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of September, two thousand twenty-one,

Towaki Komatsu,

   Plaintiff - Appellant,

v.

City of New York, NYPD Officer Saquoi Harris, Shield #2350, NYPD Officer Steven Perez, Shield 23485, NYPD Officer Liang Lin, NYPD Officer Robert Holmes, NYPD Officer Rodriguez, NYPD Sergeant Frank Amill, NYPD Captain Joseph Tompkins, NYPD Steve Ortiz, NYPD Jeffrey Peattie, NYPD Matthew Pereira, NYPD Michael Dano, NYPD Andrew Benjamin, NYPD Jane Doe, 1, NYPD John Doe, 1, NYPD John Doe, 2, NYPD John Doe, 3, NYPD John Doe, 4, NYPD John Doe, 5, NYPD John Doe, 6, NYPD John Doe, 7, Alexander Opoku-Agyemang, Judith Le, Jonathan Darche, Bill de Blasio, Lawrence Byrne, Jr., James O'Neil, Bronx Criminal Court Judge Jeffrey Zimmerman, Tara Collins, Neelam Chhikara, Darcel D. Clark, Alana Brady, Donovan Richards, United States Marshals Service,

   Defendants - Appellees.

**ORDER**
Docket No. 21-511 (L), 21-1111 (Con), 21-1495 (Con), 21-1661 (Con)

   Appellant's Towaki Komatsu submission of a response to order to show cause does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

   IT IS HEREBY ORDERED that the said response to order to show cause is stricken from the docket.

              For The Court:
              Catherine O'Hagan Wolfe,
              Clerk of Court

